# United States District Court
## NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ROBBIE ALFREDO TREVINO

**COMPLAINT**

CASE NUMBER: 3:15-MJ-789-BK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about October 27, 2015, in the Dallas Division of the Northern District of Texas, **Robbie Alfredo Trevino**, the defendant,

> having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to-wit: a Glock, model 19C, 9mm caliber pistol, bearing serial number SNH116,

in violation of 18 U.S.C. § 922(g)(1).

I further state that I am a(n) <u>Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)</u> and that this complaint is based on the following facts:

> See attached Affidavit of ATF SA Nathan Garber, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:  **X**  Yes  ____  No

_____
NATHAN GARBER
Special Agent, ATF
Dallas, Texas

Sworn to before me and subscribed in my presence, on this 28th day of October, 2015, at Dallas, Texas.

RENÉE HARRIS TOLIVER
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this date personally appeared Special Agent Nathan Garber, who being duly sworn upon his oath, testified as follows:

Your affiant, Nathan Garber, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Affiant has been employed with the ATF since December of 2013, and is currently in good standing with said agency. Affiant has attended formal training at the ATF National Academy about firearms related investigation, including, but not limited to, the issuance and execution of search warrants, the utilization of cooperating individuals, firearms identification and trafficking, and narcotics investigations.

It is a violation of Title 18 United States Code, Section 922(g)(1) for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition. This affidavit, which is being submitted in support of an arrest warrant and criminal complaint, is based upon Affiant's personal knowledge of the investigation in addition to information obtained from other law enforcement officers, and is based upon the following:

## FACTS IN SUPPORT OF PROBABLE CAUSE

1. On October 27, 2015, ATF agents and members of the Texas Department of Public Safety (DPS) executed a state search warrant at 4817 Reiger Avenue #103W, Dallas, Texas, a location within the Dallas Division of the Northern District of Texas, which is the known residence of Robbie Alfredo TREVINO (WM, dob: xx-xx-1991).

Affidavit – Page 1

TREVINO also had an active arrest warrant for unlawful possession of a firearm by a convicted felon.

2. During the execution of the search warrant, two firearms were seized from TREVINO's residence: a Glock, model 19C, 9mm caliber pistol, bearing serial number SNH116; and a Glock, model 32, .357 sig caliber pistol, bearing serial number VNW593. Both firearms were loaded and had a round in the chamber.

3. Affiant interviewed TREVINO after he was given *Miranda* warnings, and TREVINO advised that he was a convicted felon. He also admitted to possessing the above-referenced firearms, but he denied purchasing them.

4. An ATF interstate nexus expert advised that the aforementioned firearms were manufactured outside the State of Texas and, therefore, had traveled in interstate or foreign commerce to arrive in Texas.

5. After examining TREVINO's criminal history, Affiant confirmed that TREVINO is a convicted felon. TREVINO was convicted of burglary of a habitation on October 12, 2009, in the 372nd Judicial District Court, in Tarrant County, Texas, in cause number 1146439W, wherein he was sentenced to four years in the Texas Department of Criminal Justice. Affiant has also personally examined a certified copy of the judgment for this conviction.

## CONCLUSION

Based upon this information, there is probable cause to believe that on or about October 27, 2015, in the Dallas Division of the Northern District of Texas, Robbie Alfredo TREVINO (WM, dob: xx-xx-1991), committed a violation of 18 U.S.C.§ 922(g)(1), that is, unlawful possession of a firearm by a convicted felon.

Respectfully submitted,

_____
Nathan Garber
Special Agent, ATF

Sworn to and subscribed before me this 28th day of October, 2015.

_____
Renée Harris Toliver
United States Magistrate Judge
Northern District of Texas

Affidavit – Page 3