IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:15-MJ-789-BK |
| v. | |
| ROBBIE ALFREDO TREVINO | |

MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Robbie Alfredo Trevino**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

| | |
|---|---|
| __x__ | Crime of violence (18 U.S.C. § 3156); |
| _____ | Maximum sentence life imprisonment or death |
| _____ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in above categories |
| __x__ | Serious risk defendant will flee |
| _____ | Serious risk obstruction of justice |
| _____ | Felony involving a minor victim |
| _____ | Felony involving a firearm, destructive device, or any other dangerous weapon |
| _____ | Felony involving a failure to register (18 U.S.C. § 2250) |

Motion for Detention - Page 1

    2.   <u>Reason for Detention.</u>   The Court should detain defendants because there are no conditions of release which will reasonably assure (check one or both):

      __x__    Defendant's appearance as required

      __x__    Safety of any other person and the community

    3.   <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against the defendant(s) because (check one or both):

      _____    Probable cause to believe defendant committed a 10+ year drug offense, 18 U.S.C. § 3142(e)(2), or firearms offense, 18 U.S.C. § 924(c)

      _____    Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

      _____    Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

      _____    Previous conviction for "eligible" offense committed while on pretrial bond

    4.   <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing:

      __x__    At first appearance

      _____    After continuance of _____ days (not more than 3).

DATED this 28th day of October, 2015.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

s/ Keith Robinson
KEITH ROBINSON
Assistant United States Attorney
Texas State Bar No. 00788298
1100 Commerce, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: keith.robinson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: the Federal Public Defender.

s/ Keith Robinson
KEITH ROBINSON
Assistant United States Attorney
