# United States District Court
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 OCT 29 PM 2:06

DEPUTY CLERK RAV

UNITED STATES OF AMERICA

v.

ROBBIE ALFREDO TREVINO

**WARRANT FOR ARREST**

CASE NUMBER: 3:15-MJ-789-BK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest the following individual, **ROBBIE ALFREDO TREVINO**, and bring him forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense(s))

Possession of a Firearm by a Convicted Felon

in violation of Title 18, United States Code, Section(s) 922(g)(1).

RENÉE HARRIS TOLIVER
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 28, 2015 at Dallas, Texas
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Dallas, TX

| DATE RECEIVED 10-28-15 | NAME AND TITLE OF ARRESTING OFFICER  Jonathan Walker | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 10-28-15 | | |

AO 442 (Rev. 12/85)   Warrant for Arrest

9929569